RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BRAD A. SEARS                                     CIVIL ACTION NO. 3:12-cv-1282
    LA. DOC #410964

VERSUS                                            SECTION P

                            JUDGE ROBERT G. JAMES

BRIAN NEWCOMER, ET AL.              MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment along with the Judgments of Dismissal in Civil Actions No. 3:10-cv-0474 and 3:11-cv-0090 to the keeper of the Three Strikes List in Beaumont, Texas.**

MONROE, LOUISIANA, this _____ **2** _____ day of ___ **August** ___, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE